IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Brian Aspinall, | ) | Case No. 8:25-cv-05445-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Will Marshall, III; Kevin Ong; William | ) | |
| Mackelburg; Shannon Phelps; Derek | ) | |
| Brogstrum; Tina Doe; Jeremy Follis; | ) | |
| Amy Crawford; Patricia Moses; Mallory | ) | |
| Storus; Mike Hanson; Sean Janson; | ) | |
| Tallmadge Coleman; D. Salmon; | ) | |
| Chavis Waller; John Does | ) | |
| 1–undetermined number; Nicole Diaz, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     This matter is before the Court upon Plaintiff's amended complaint alleging violations of her civil rights pursuant to 42 U.S.C. § 1983. ECF No. 20. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), (D.S.C.), this matter was referred to United States Magistrate Judge William S. Brown for pre-trial proceedings and a Report and Recommendation ("Report"). On September 26, 2025, the Magistrate Judge issued a Report recommending that this action be dismissed without issuance and service of process and without further leave to amend. ECF No. 23. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences for failing to do so. Plaintiff has not filed objections to the Report and the time to do so has lapsed.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citation omitted)).

After considering the record in this case, the applicable law, and the Report of the Magistrate Judge, the Court finds no clear error and agrees with the Report's recommendation. This action is dismissed without issuance and service of process and without further leave to amend.

IT IS SO ORDERED.

s/ Donald C. Coggins, Jr.
United States District Judge

January 8, 2026
Spartanburg, South Carolina